# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| JAMES and SANDRA LINDQUIST, | § |
| | § |
| Plaintiffs, | § |
| | § |
| VS. | §    CIVIL ACTION NO. H-06-1975 |
| | § |
| THE CITY OF PASADENA, TEXAS, | § |
| | § |
| Defendant. | § |

## FINAL JUDGMENT

In accordance with the court's Memorandum and Opinion of even date, this action is dismissed with prejudice.

    This is a final judgment.

    SIGNED on September 10, 2009, at Houston, Texas.

                                                            Lee H. Rosenthal
                                          United States District Judge